UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. - Atlanta

MAR 14 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

DESHAWN BALKA, Individually
and as Surviving Parent and
next of Kin of Inyx O'Neil
Balka a/k/a Baby Boy Balka,
deceased

    Plaintiff

v.

CIVIL ACTION NO.
1:12-CV-2599-ODE

CLAYTON COUNTY, GEORGIA and
KEM KIMBROUGH in his
individual and official
capacity as Sheriff of
Clayton County, Georgia

    Defendants

ORDER

This civil action is before the Court on its order of February 19, 2014 directing the Plaintiff to show cause why the complaint should not be dismissed for want of prosecution. The record reflects that no response has been filed, THEREFORE IT IS

ORDERED, that the complaint be DISMISSED with prejudice.

SO ORDERED, this 14 day of March, 2014.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE